# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                    **4:08CR00217-06-WRW**

**ANTONIO HERNANDEZ, JR.**

## ORDER

Pending is the Prosecution's Motion to Dismiss Without Prejudice (Doc. No. 151) in which the Prosecution asks that, in the interest of justice, this case be dismissed as to Defendant Antonio Hernandez, Jr. The Motion is GRANTED, and this case is DISMISSED WITHOUT PREJUDICE as to Defendant Hernandez.

IT IS SO ORDERED this 15th day of January, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE